1
2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 | **DEL NORTE CHEVROLET-OLDS CO., et al.,** ) ) ) | Civil No.07cv1621 LAB (PCL) |
| 12 | Plaintiffs, ) ) | NOTICE AND ORDER FOR EARLY NEUTRAL EVALUATION CONFERENCE |
| 13 | v. ) ) | |
| 14 | **GENERAL MOTORS CORPORATIONS, et al.,** ) ) ) | |
| 15 | Defendants. ) ) | |
| 16 | | |

17    IT IS HEREBY ORDERED that an Early Neutral Evaluation of your

18 case will be held on <u>October 17, 2007</u>, at <u>1:45 p.m.</u> before United

19 States Magistrate Judge Peter C. Lewis, United States Courthouse,

20 **2003 W. Adams Ave., El Centro**, California.

21    Pursuant to Rule 16.1(c) of the Local Rules of the United

22 States District Court for the Southern District of California, both

23 counsel <u>and the parties</u> who have full and unlimited authority[1] to

24 ───────────────────────

[1]

25    "Full authority to settle" means that the individuals at the settlement conference must be authorized to fully explore settlement
26 options and to agree at that time to any settlement terms acceptable to the parties. <u>Heileman Brewing Co., Inc. v. Joseph Oat Corp.</u>, 871
27 F.2d 648 (7th Cir. 1989). The person needs to have "unfettered discretion and authority" to change the settlement position of a
28 party. <u>Pitman v. Brinker Intl., Inc.</u>, 216 F.R.D. 481, 485-486 (D. Ariz. 2003). The purpose of requiring a person with unlimited

cc: The Honorable Larry Alan Burns
    All Parties                             1                    07cv1621 LAB

negotiate and enter into a binding settlement shall appear <u>in person</u> at the conference and shall be prepared to discuss the claims, defenses and damages.

Unless there are **extraordinary circumstances,** persons required to attend the conference pursuant to this Order shall not be excused from personal attendance.  Requests for excuse from attendance for extraordinary circumstances shall be made in writing at least 48 hours prior to the conference.  Where the suit involves the United States or one of its agencies, only counsel for the United States with full settlement authority need appear.  All conference discussions will be informal, off the record, privileged and confidential.

The parties may, but are not required to, submit a short Early Neutral Evaluation Conference Statement about the case on a confidential basis.

In the event the case does not settle at the Early Neutral Evaluation Conference, the parties shall also be prepared to discuss the following matters at the conclusion of the conference.

1.   Any anticipated objections under Federal Rule of Civil Procedure 26(a)(1)(E) to the initial disclosure provisions of Federal Rule of Civil Procedure 26(a)(1)(A-D);

2.   The scheduling of the Federal Rule of Civil Procedure 26(f) conference;

3.   The date of initial disclosure and the date for lodging the discovery plan following the Rule 26(f) conference; and,

---

settlement authority to attend the conference includes that the person's view of the case may be altered during the face to face conference.  <u>Id.</u> at 486.  A limited or a sum certain of authority is not adequate.  <u>Nick v. Morgan's Foods, Inc.</u>, 270 F.3d 590 (8th Cir. 2001).

cc: The Honorable Larry Alan Burns
    All Parties

1        4.  The scheduling of a Case Management Conference pursuant
2  to Federal Rule of Civil Procedure 16(b).
3        The Court will issue an appropriate order addressing these
4  issues and setting dates as appropriate.
5        **Plaintiff's counsel shall notify all Defendants of the date**
6  **and time of the Early Neutral Evaluation Conference**.  Questions
7  regarding this case may be directed to the Magistrate Judge's law
8  clerk at (760) 353-1271.

10  DATED:   September 4, 2007

12                                                        _____
13                                                        Peter C. Lewis
                                                      U.S. Magistrate Judge
                                                      United States District Court